

# Fourth Court of Appeals
## San Antonio, Texas

August 23, 2021

No. 04-19-00301-CV

Armando **MONTELONGO**, Jr., Real Estate Training International, LLC, Performance
Advantage Group, Inc., and License Branding, LLC,
Appellants

v.

Cecil G. **ABREA**, et al.,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-13094
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

On July 2, 2021, we invited the parties to submit additional briefing in this appeal. The current deadline for appellees' additional briefing is August 25, 2021. On August 19, 2021, appellees filed an unopposed motion requesting an extension of that deadline until September 8, 2021. After consideration, we **GRANT** appellees' motion and **ORDER** them by file their additional briefing **by September 8, 2021**.

It is so **ORDERED** on August 23, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court